JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEAN LATRICE MCDADE,<br>        Plaintiff,<br>  v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>        Defendant. | NO. CV 19-5377-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: April 6, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE